UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIMMIE VICKERS,** *pro se* | **CIVIL ACTION** |
| **VERSUS** | **No. 09-6230** |
| **WEEKS MARINE, INC., ET AL.** | **SECTION I/2** |

### JUDGMENT

Considering the record, the Court's orders dismissing plaintiff's claims against defendants, and the law, for the reasons assigned,

**IT IS ORDERED** that there be judgment in the above-captioned matter in favor of defendant and that the cause of action against defendant be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, April 6, 2010.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**